BRIAN K. MCCALMON
PRESTON GATES ELLIS & ROUVELAS MEEDS LLP
1735 New York Avenue NW
Washington, D.C. 20006-5209
Phone: 202-628-1700
Fax: 202-331-1024

Attorney for
THE SHIPPING INDUSTRY
BALLAST WATER COALITION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES; THE OCEAN CONSERVANCY; and WATERKEEPERS NORTHERN CALIFORNIA and its projects SAN FRANCISCO BAYKEEPER and DELTAKEEPER<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY<br><br>Defendant. | Case No. CV 03-05760 SI<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Brian K. McCalmon, an active member in good standing of the bar of the United States District Courts of the Districts of Maryland and the District of Columbia, and the bar of the State of Maryland and the District of Columbia, whose business address and telephone number is 1735 New York Avenue NW, Washington, D.C. 20006-5209, 202-628-1700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis,

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. CV 03-05760 SI

Printed on Recycled Paper

representing <u>the Shipping Industry Ballast Water Coalition</u>.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED this ___ day of _____, 2005.

By: _____
Su
U1



[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. CV 03-05760 SI

Printed on Recycled Paper