United States District Court
For the Northern District of California

1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    EDWARD ALVARADO, et al.,                    No. C 04-00098 SI
                                                 (Related Case No. C 04-0099 SI)
9              Plaintiff,
                                                 **ORDER RE: PLAINTIFFS' REQUEST FOR
10     v.                                        TELECONFERENCE**

11   FEDEX CORPORATION,

12             Defendant.
                                          /
13

14          On July 28, 2005, the Court received a letter from plaintiffs' counsel regarding the circumstances of

15   their inspection of documents at the FedEx Sunnyvale premises on July 27, 2005.  On July 22, 2005, counsel

16   attempted to contact defense counsel to arrange the inspection.  Because defense counsel was away on

17   vacation, it took several days to schedule.  On July 27, 2005, at 1:30 p.m., plaintiffs' counsel arrived at the

18   Sunnyvale site.  What transpired between counsel is the subject of dispute: each party contends that the other

19   behaved unreasonably and obstructed the progress of the document inspection.  Plaintiffs contend that there

20   were documents missing from the files provided, that plaintiffs' counsel was only allowed to inspect one box

21   of files in at a time, and that defendant forced counsel to leave at 5:00 p.m.  While defendant agrees that the

22   files were provided one box at a time, counsel states that she made efforts to accommodate plaintiffs' requests

23   and submits correspondence between the parties that support this characterization.

24          Plaintiffs' counsel requested a telephone conference "for the purposes of having the Court rule on what

25   should be done about the Defendants' lack of cooperation with this discovery."  Pls.' Letter Br. at 3.  Defense

26   counsel responded that a teleconference was not necessary.  Because it is not clear what relief, if any, the

27   parties seek at this point, and because the Court cannot determine which party behaved more unreasonably

28   on July 27, 2005, it DENIES plaintiffs' request for intervention.

1

2 **IT IS SO ORDERED.**

3

4 Dated: 8/29/06

5

6 _____
SUSAN ILLSTON
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

2

<div style="writing-mode: vertical">
**United States District Court**
For the Northern District of California
</div>

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   EDWARD ALVARADO, et al.,                    No. C 04-00098 SI
                                                (Related Case No. C 04-0099 SI)
9                  Plaintiff,
                                                **ORDER RE: PLAINTIFFS' REQUEST FOR**
10    v.                                        **TELECONFERENCE**

11  FEDEX CORPORATION,

12                 Defendant.
                                        /
13

14          On July 28, 2005, the Court received a letter from plaintiffs' counsel regarding the circumstances of

15  their inspection of documents at the FedEx Sunnyvale premises on July 27, 2005.  On July 22, 2005, counsel

16  attempted to contact defense counsel to arrange the inspection.  Because defense counsel was away on

17  vacation, it took several days to schedule.  On July 27, 2005, at 1:30 p.m., plaintiffs' counsel arrived at the

18  Sunnyvale site.  What transpired between counsel is the subject of dispute: each party contends that the other

19  behaved unreasonably and obstructed the progress of the document inspection.  Plaintiffs contend that there

20  were documents missing from the files provided, that plaintiffs' counsel was only allowed to inspect one box

21  of files in at a time, and that defendant forced counsel to leave at 5:00 p.m.  While defendant agrees that the

22  files were provided one box at a time, counsel states that she made efforts to accommodate plaintiffs' requests

23  and submits correspondence between the parties that support this characterization.

24          Plaintiffs' counsel requested a telephone conference "for the purposes of having the Court rule on what

25  should be done about the Defendants' lack of cooperation with this discovery." Pls.' Letter Br. at 3.  Defense

26  counsel responded that a teleconference was not necessary.  Because it is not clear what relief, if any, the

27  parties seek at this point, and because the Court cannot determine which party behaved more unreasonably

28  on July 27, 2005, it DENIES plaintiffs' request for intervention.

United States District Court

For the Northern District of California

1

2 **IT IS SO ORDERED.**

3

4 Dated: 8/29/06

5

6                                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2