UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD ALVARADO, et al.,

        Plaintiffs,

   v.

FEDEX CORPORATION,

        Defendant.
                                         /

No. C 04-00098 SI
(Related Case No. C 04-0099 SI)

**ORDER GRANTING PLAINTIFFS' REQUEST TO EXTEND TIME TO FILE**

     By letter dated September 14, 2005 (docket # 233) plaintiffs seek an extension to October 4, 2005, of their deadline to file opposition memoranda to the pending motions for summary judgment. That request is GRANTED. Defendants' corresponding request (document #234) to have 10 days in which to file their reply memoranda is likewise GRANTED. Those motions are set for heaing on October 25, 2005.

     **IT IS SO ORDERED.**

Dated: September 15, 2005

                                                        SUSAN ILLSTON
                                                        United States District Judge