United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY WHITE, et al.

      Plaintiffs,

  v.

FEDEX CORPORATION, et al.,

      Defendants.
                                       /

No. C 04-0099 SI

**ORDER RE: FURTHER BRIEFING ON INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND FEDEX'S MOTIONS FOR SUMMARY JUDGMENT**

      At the November 10, 2005 hearing on summary judgment motions filed in 04-0098 SI, plaintiffs stated that they wished to supplement the briefing on the Individual Defendants' Motion for Summary Judgment as to Plaintiffs White and Rivera because additional discovery had taken place since briefing was completed in June 2005. [Docket No. 122]. Upon review of FedEx's motions for summary judgment with respect to White [Docket No. 120] and Rivera [Docket No. 121], it appears that briefing was completed on these motions in June 2005 as well.

      Accordingly, the Court sets the following supplemental briefing schedule with respect to both the individual defendants' motion and FedEx's motions: plaintiffs' supplemental oppositions must be filed and served on **December 2, 2005**, and defendants' supplemental replies (if any) must be filed and served on **December 7, 2005**. Oral argument on these motions relating to plaintiffs White and Rivera shall be on **December 16, 2005** at 9:00 a.m. The parties are reminded to serve chambers with copies of all papers.

      **IT IS SO ORDERED.**

Dated: November 18, 2005

                                                                      SUSAN ILLSTON
                                                                    United States District Judge