IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALVARADO ET AL,

        Plaintiff,

  v.

FEDEX CORPORATION,

        Defendant.
_____/

No. C 04-00098 SI
C-04-0099 SI

**PRETRIAL PREPARATION ORDER**

     It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE: July 25, 2006  at 3:30 PM.

 TRIAL DATE: August 7, 2006  at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/15/06

_____
SUSAN ILLSTON
United States District Judge