1  WAUKEEN Q. McCOY (SBN: 168228)
   LAW OFFICES OF WAUKEEN Q. McCOY
2  703 Market Street, Suite 1407
   San Francisco, California 94103
3  Telephone (415) 675-7705
   Facsimile (415) 675-2530
4
5  Attorneys for Plaintiffs
6
7                 UNITED STATES DISTRICT COURT
8                 NORTHERN DISTRICT OF CALIFORNIA
9
10
11 GARY WHITE, et al,                    ) Case No. C-04-0099 SI
                                         )
12           Plaintiffs,                 )
                                         ) **NOTICE OF TERMINATION OF**
13     v.                                ) **ATTORNEY KAY MCKENZIE PARKER**
                                         ) **BY PLAINTIFF ALEX RIVERA AND**
14 FEDEX CORPORATION, a Delaware         ) **[PROPOSED] ORDER**
   corporation, dba FEDEX EXPRESS,       )
15                                       )
                                         )
16           Defendant.                  ) **HONORABLE SUSAN ILLSTON**
                                         )
17 _____  )
                                         )
18                                       )
                                         )
19                                       )
                                         )
20                                       )
                                         )
21                                       )
                                         )
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25
26
27
28
                                         1
   TERMINATION OF REPRESENTATION                              CASE NO. C04 – 0099 SI

1  I, a Plaintiff in the matter <u>White, et al v. FedEx</u>, hereby terminate Kay McKenzie
2  Parker as my attorney of record in this matter. Ms. McKenzie Parker's business address is 703
3  Market Street, Suite 1401 San Francisco, CA 94103. From this date forward, my only attorney
4  of record in this case is Waukeen McCoy, and the Law Offices of Waukeen Q McCoy at 703
5  Market St, Suite 1407, San Francisco, CA 94103 Please allow the court docket to reflect this
6  fact.

DATED: 05-30-06         _____
                        Alex Rivera

IT IS HEREBY ORDERED:

The record shall reflect that Plaintiffs attorney of record is Waukeen Q. McCoy.
.Plaintiffs request to terminate Kay McKenzie Parker as counsel is granted.

DATED: 05-30-E, 2006    _____
                        Honorable Susan Illston
                        U.S. District Judge, Northern District CA

TERMINATION OF REPRESENTATION          2          CASE NO. C04 – 0099 SI