KAY McKENZIE PARKER (SBN 143140)
LAW OFFICE OF KAY McKENZIE PARKER
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

Attorney, Pro Se

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD ALVARADO, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>    Defendant. | CASE NO: C 04-0098 SI<br>CASE NO: C 04-0099 SI (White v. FedEx)<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY FOR KAY McKENZIE PARKER** |

**TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN of the substitution of attorney of Kay McKenzie Parker (SBN 143140), LAW OFFICE OF KAY McKENZIE PARKER, 225 Bush Street, 16th Fl., San Francisco, CA 94104, Tel. (415) 227-9622, Facsimile: (415) 227-4522, E-mail: kaymparker@earthlink.net in place of and instead of AMANDA METCALF (SBN 57177) and the LAW OFFICES OF AMANDA METCALF, 29 Marin Bay Park Ct., San Rafael, CA 94901, Telephone: (415) 454-0945, Facsimile:

1

1 (415) 454-9145, E-mail: metcalflawfirm@aol.com, as counsel for Kay McKenzie Parker, former

2 attorney for plaintiffs and proposed intervenor and movant for attorneys' fees and costs in this case.

The undersigned counsel certifies that she is a member of the United States District Court for the Northern District of California and requests to be substituted for service of all pleadings and papers on behalf of and as the representative for Kay McKenzie Parker in this case.

Date: July 17, 2007            */s/ Kay McKenzie Parker*

_____
KAY McKENZIE PARKER, Pro Se
Attorney at Law



NOTICE OF SUBSTITUTION OF ATTORNEY FOR
KAY McKENZIE PARKER

CASE NO. C 04-0098/0099 SI