| | |
|---|---|
| 1 | Sanford Jay Rosen, SBN 62566 |
| | Holly M. Baldwin, SBN 191317 |
| 2 | Sarah O. Zimmerman, SBN 219408 |
| | ROSEN, BIEN & GALVAN, LLP |
| 3 | 315 Montgomery Street, 10th Floor |
| | San Francisco, CA  94104 |
| 4 | Telephone:  (415) 433-6830 |
| | Facsimile:  (415) 433-7104 |
| 5 | srosen@rbg-law.com |
| | hbaldwin@rbg-law.com |
| 6 | szimmerman@rbg-law.com |

Attorneys for Kay McKenzie Parker

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD ALVARADO, et al., | Case No. C 04-0098 SI |
| | Case No. C 04-0099 SI (White v. FedEx) |
| Plaintiffs, | |
| | **NOTICE OF SUBSTITUTION OF** |
| v. | **COUNSEL FOR KAY McKENZIE** |
| | **PARKER** |
| FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS, | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN of the substitution of attorneys Sanford Jay Rosen, Holly M. Baldwin, Sarah O. Zimmerman, the law offices of ROSEN, BIEN & GALVAN, LLP, 315 Montgomery Street, 10th Floor, San Francisco, CA  94104, Telephone (415) 433-6830, Facsimile (415) 433-7104, Email srosen@rbg-law.com, hbaldwin@rbg-law.com, szimmerman@rbg-law.com, as counsel for Kay McKenzie Parker, who was proceeding *pro se*. Kay McKenzie Parker is the former attorney for Plaintiffs and movant for attorney's fees and costs in this case.

///

1  The undersigned counsel certify that they are admitted to practice in the United
2  States District Court for the Northern District of California, and request to be substituted for
3  service of all pleadings and papers on behalf of and as the representative for Kay McKenzie
4  Parker in this case.

5  Dated: July 25, 2007             **ROSEN, BIEN & GALVAN, LLP**

7                           By     */s/ Holly M. Baldwin*
                                      Sanford Jay Rosen
                                      Holly M. Baldwin
                                      Sarah O. Zimmerman
                                      Attorneys for Kay McKenzie Parker

IT IS SO ORDERED
[Signature: Susan Illston]
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA