**United States District Court**
For the Northern District of California

1
2
3
4
5 IN THE UNITED STATES DISTRICT COURT
6 FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8 GARY WHITE AND ALEXANDER RIVERA,  No. C 04-0099 SI
9    Plaintiffs,  Related Case No. 04-0098 SI
10  v.  **JUDGMENT**
11 FEDEX CORPORATION, *et al.*,
12    Defendants.
                /
13
14  Judgment is hereby entered in favor of defendants and against plaintiff Gary White.
15
16  **IT IS SO ORDERED AND ADJUDGED.**
17
18
19 Dated: December 18, 2009     _____
20            SUSAN ILLSTON
             United States District Judge
21
22
23
24
25
26
27
28